

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Williams<br><br>                       **Plaintiff,**<br>V.<br><br>Daniel J. Paramo, Warden; J. Pulido, Correction Officer; Rucker, Correction Officer<br><br>                       **Defendant.** | Civil Action No. 17cv2596-MMA(BLM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's Motion to Proceed IFP (Doc. No. 2) as barred by 28 U.S.C. § 1915(g); dismisses this civil action without prejudice based on Plaintiff's failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C.§ 1914(a); certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and directs the Clerk of Court to close the file.

| | |
|---|---|
| **Date:** 3/1/18 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ R. Chapman<br>                    R. Chapman, Deputy |